```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/12/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
GRANITE STATE INSURANCE COMPANY;
NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH, P.A.,

                          Plaintiffs,

      -v-

GS PERFORMANCE, LLC,

                          Defendant.
-------------------------------------------------------------------X

23-cv-7646 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

      The Court will hold a telephonic conference on the motion of the law firm of Greenbaum, Rowe, Smith & Davis, LLP to withdraw as counsel to Defendant GS Performance, LLC ("GS Performance") on Monday, April 15, 2024 at 3:00 PM. *See* Dkt. No. 34. Counsel for Defendant and the client-representative for Defendant are directed to attend. Counsel for Defendant is directed to provide a copy of this Order to the representative of its client and to notify the representative of the Court's direction to appear at the telephone conference.

      Parties are directed to dial into the Court's teleconference number at 888-251-2909, Access Code 2123101, and follow the necessary prompts.

      SO ORDERED.

Dated: April 12, 2024
       New York, New York

                                                       LEWIS J. LIMAN
                                             United States District Judge