**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
GRANITE STATE INSURANCE COMPANY,
NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH, PA,

       Plaintiffs,

  -v-

GS PERFORMANCE, LLC,

       Defendant.
-----------------------------------------------------------------------X
GS PERFORMANCE, LLC,

      Counter Claimant,        23 **CIVIL** 7646 (LJL)

  -against-              **DEFAULT JUDGMENT**

GRANITE STATE INSURANCE COMPANY,
NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH, PA,

       Counter Defendants.
-----------------------------------------------------------------------X

    It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 2, 2025, the Insurers' motion for default judgment is granted. The insurance policies at issue do not obligate Granite State Insurance Company or National Union Fire Insurance Company of Pittsburgh, PA, to defend or indemnify GS Performance, LLC in the Ghost Gun Lawsuits. The Insurers' motion for partial summary judgment is denied as moot; accordingly, the case is closed.

**Dated:** New York, New York
     January 3, 2025

                       **TAMMI M. HELLWIG**

                        **Clerk of Court**
               **BY:** *K. Mango*
                         **Deputy Clerk**